# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARC POKEMPNER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 10-cv-8297 |
| -vs- | ) | |
| | ) | JUDGE DARRAH |
| POLARIS IMAGES CORP. a New York | ) | |
| corporation, and DOE I through DOE V, | ) | MAG. JUDGE KEYS |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] AMENDED NOTICE OF MOTION**

TO:    Mark H. Barinholtz, P.C.
       55 West Monroe Street
       Suite 3600
       Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday, March 13, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division and then and there present the foregoing **MOTION FOR SUMMARY JUDGMENT BY DEFENDANT POLARIS IMAGES CORPORATION** and, in support thereof, its **STATEMENT OF UNDISPUTED FACTS, MEMORANDUM OF LAW, DECLARATION OF J.P. PAPPIS,** and **DECLARATION OF MATTHEW A. KAPLAN**, copies of which are attached and hereby served upon you.

Dated: March 2, 2012                        By:    /s/ Matthew A. Kaplan

                                                   COWAN, DEBAETS, ABRAHAMS
                                                     & SHEPPARD LLP
                                                   41 Madison Avenue, 34th Floor
                                                   New York, New York 10010
                                                   (212) 974-7474

                                                   DAVIS MCGRATH LLC
                                                   William T. McGrath, Esq.
                                                   125 South Wacker Drive, Suite 1700
                                                   Chicago, IL 60606
                                                   (312) 332-3033